NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

HEARTS BLUFF GAME RANCH, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

2010-5164

Appeal from the United States Court of Federal Claims in case no. 09-CV-498, Senior Judge Robert H. Hodges, Jr.

## ON MOTION

## O R D E R

The United States moves for a 6-day extension of time, until April 26, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**APR 1 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven G. White, Esq.
     Tamara N. Rountree, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 8 2011

**JAN HORBALY**
**CLERK**